# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| HAWLEY, LLC | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:17cv212-HSO-JCG |
| | § | |
| GREEN CANYON OUTFITTERS, LLC, and JAMES EDWARD MARLOWE | § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Hawley, LLC is awarded a judgment against Defendants Green Canyon Outfitters, LLC and James Edward Marlowe, jointly and severally, in the amount of $202,562.43, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**SO ORDERED AND ADJUDGED**, this the 1st day of March, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE